578

*General Morris*, and *Messrs. Sewall Key* and *Joseph M. Jones* for respondent.

No. 992. CONWAY ROAD ESTATES CO. *v.* FIRST NATIONAL BANK. May 12, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. J. L. London* for petitioner. *Mr. Hyman G. Stein* for respondent.

No. 998. WHITE ET AL. *v.* WOOD. May 23, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Abraham Chasanow* for petitioners. *Mr. Henry I. Quinn* for respondent.

No. 999. CAROLINA POWER & LIGHT CO. *v.* SOUTH CAROLINA PUBLIC SERVICE AUTHORITY ET AL.;
No. 1000. SOUTH CAROLINA POWER CO. *v.* SOUTH CAROLINA PUBLIC SERVICE AUTHORITY; and
No. 1001. SOUTH CAROLINA ELECTRIC & GAS CO. *v.* SOUTH CAROLINA PUBLIC SERVICE AUTHORITY ET AL. May 23, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Arthur R. Young, Wm. M. Rogers, Raymond T. Jackson,* and *W. C. McLain* for petitioners. *Messrs. R. M. Jefferies* and *W. J. McLeod, Jr.* for the Public Service Authority and its Board of Directors. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Paul A. Freund, Robert E. Sher,* and *Enoch E. Ellison* for federal officers Harold L. Ickes and Harry L. Hopkins.

No. 1012. CHICAGO *v.* JOSEPH, RECEIVER. May 23, 1938. Petition for writ of certiorari to the Circuit Court